THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

**ENTER JS-6 SEND**

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 4 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

JUN 1 5 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEARST HOLDINGS INC, | ) CASE NO. CV 00-1916-MMM(RZx) |
| Plaintiffs, | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| MANDRAKESOFT INC., ET AL, | ) |
| Defendants. | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: June 14, 2001

_Margaret M. Morrow_

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

JUN 15 2001