

Stephen G. Contopulos (State Bar No. 050317)
Rollin A. Ransom (State Bar No. 196126)
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff
Hearst Holdings, Inc.

Christopher C. Larkin (State Bar No. 119950)
Kenneth L. Wilton (State Bar No. 126557)
Jill A. Schwartz (State Bar No. 178943)
SEYFARTH SHAW
One Century Plaza
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
MandrakeSoft, Inc. and MandrakeSoft S.A.

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK US DISTRICT COURT

JUL 2 6 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEARST HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MANDRAKESOFT INC. and MANDRAKESOFT S.A., <br><br> Defendants. | Case No. 00-01916 MMM (RZx) <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING ACTION** <br><br> ENTER ON ICMS <br><br> JUL 2 9 2002 |

WHEREAS, on July 11, 2002 the Court conducted a telephonic Status Conference in this matter. Hearst Holdings, Inc. ("Hearst"), was represented by Rollin A. Ransom, and MandrakeSoft S.A. and MandrakeSoft, Inc. were represented by Kenneth L. Wilton;

LODGED

2002 JUL 23 PM 3:21
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD
6362160 v1

48

WHEREAS, during the Conference counsel for the parties informed the Court that there currently is pending in France an action between MandrakeSoft S.A. and Hearst and a Hearst-related entity that own the European equivalent of the intellectual property Hearst has asserted in this case (the "French Action");

WHEREAS, the parties informed the Court that the French Action is set for trial in France on January 16, 2003, and that the parties expect that the result of the French Action will most likely have a significant effect on the future course of this action, either by increasing the chance of settlement or by focusing the issues to be litigated;

WHEREAS, it appears that the interests of judicial economy and efficiency will be served by staying all activity in this lawsuit pending the outcome of the French Action; and

WHEREAS, during the Conference the Court agreed that a stay would be appropriate in this case and requested that the parties submit this Stipulation and Order.

IT IS HEREBY STIPULATED, by and between the parties hereto, with this Honorable Court's consent, that all activity in this action, with the exception of periodic reports to the Court, shall be stayed pending the outcome of the French Action.

Dated: July 18, 2002

SIDLEY AUSTIN BROWN & WOOD

By: _____
Rollin A. Ransom
Attorneys for Plaintiff
Hearst Holdings, Inc.

Dated: July 18, 2002

SEYFARTH SHAW

By: _____
Kenneth L. Wilton
Attorneys for Defendants
MandrakeSoft, Inc. and
MandrakeSoft S.A.

2

**ORDER**

1.      This action shall be stayed until further Order of this Court;

2.      The parties are required to file joint reports every thirty days informing the Court of the status of the French Action and, when a decision is rendered, to provide the Court with a summary of that decision.  The first such report must be filed on or before February 14, 2003, approximately thirty days after the scheduled trial of the French Action.

Dated:  July 25, 2002

*Margaret M. Morrow*

Hon. Margaret M. Morrow
United States District Judge

3

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On July 23, 2002, I served a true and correct copy of the following document(s): **STIPULATION AND [PROPOSED] ORDER STAYING ACTION** on the interested parties in this action listed below, in the following manner:

Stephen G. Contopulos, Esq.
Rollin A. Ransom, Esq.
SIDLEY & AUSTIN
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

■ **BY MAIL:** I placed a true copy thereof enclosed in a sealed envelope to each person indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I caused the document(s) to be transmitted via facsimile to the facsimile numbers of each person indicated above.

☐ **BY PERSONAL SERVICE:** I caused the document(s) to be delivered by personal service to each person indicated above.

☐ **BY FEDERAL EXPRESS:** I caused the document(s) to be delivered by priority overnight, next-business day service to each person indicated above.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 23, 2002, at Los Angeles, California.

_____
Eleanor Elko