Stephen G. Contopulos (State Bar No. 050317)
Rollin A. Ransom (State Bar No. 196126)
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff
Hearst Holdings, Inc

Christopher C. Larkin (State Bar No. 119950)
Kenneth L. Wilton (State Bar No. 126557)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
MandrakeSoft, Inc. and MandrakeSoft S.A.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Entir Closed

FILED
CLERK, U S DISTRICT COURT

JUL 27 2005

CENTRAL DISTRICT OF CALIF
BY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HEARST HOLDINGS, INC., | ) | Case No. 00-01916 MMM (RZx) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| v. | ) | [Fed. R. Civ. P. 41(a)(1)] |
| MANDRAKESOFT INC. and MANDRAKESOFT S.A., | ) | |
| Defendants. | ) | |

ENTERED
CLERK. U S DISTRICT COURT

JUL 29 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED

2005 JUL 25 PM 3: 04

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice. The parties further stipulate that each party shall bear its own costs and attorneys fees.

Dated: July 25 2005        SIDLEY AUSTIN BROWN & WOOD LLP

By _____
Rollin A. Ransom
Attorneys for Plaintiff
Hearst Holdings, Inc.

Dated: July 25, 2005        SEYFARTH SHAW LLP

By _____
Kenneth L. Wilton
Attorneys for Defendants
MandrakeSoft, Inc. and
MandrakeSoft S.A.

IT IS SO ORDERED

Dated JUL 2 7 2005

_____
United States District Judge

2

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA      )
                              ) ss
COUNTY OF LOS ANGELES   )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013.

     On July 25, 2005, I caused the foregoing document described as **STIPULATION OF DISMISSAL** in the above action to be served by U.S. Mail to:

> Kenneth L. Wilton
> Seyfarth Shaw LLP
> 2029 Century Park East, Suite 3300
> Los Angeles, California  90067-3063

     I caused the foregoing document to be served by U.S. Mail, as follows:  I placed true copies of the document in a sealed envelope addressed to interested party as shown above.  I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Sidley Austin Brown & Wood, Los Angeles, California.  I am readily familiar with Sidley Austin Brown & Wood's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on July 25, 2005, at Los Angeles, California.

_Rosalyn Jones_
Rosalyn Jones